UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

In re: )
)
VITO ANTHONY LAFATA )   CHAPTER 13
) CASE NO. 04-44511-JBR
)
Debtor )

## NOTICE OF APPEAL TO DISTRICT COURT

Please take notice that Eastern Savings Bank, fsb, a creditor of the above-captioned Debtor, through its attorneys, Bartlett Hackett Feinberg P.C., hereby appeals under 28 U.S.C. §158(a) to the United States District Court for the District of Massachusetts from the Order of United States Bankruptcy Judge Joel B. Rosenthal, entitled Order on Objection of Eastern Savings Bank, FSB to Confirmation of Chapter 13 Plan entered in this case on December 8, 2004.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their attorneys are set forth on Exhibit "A" annexed hereto.

Respectfully submitted,
Appellant, Eastern Savings Bank, fsb
By its attorney

Dated: December 16, 2004

JAMES M. LISTON, ESQUIRE
BBO#301750
Bartlett Hackett Feinberg P.C.
10 High Street- Suite 920
Boston, MA 02110
Tel. 617/422-0200
Facsimile 617/422-0383

1

EXHIBIT "A"

Eastern Savings Bank, fsb
Appellant
Represented by:
James M. Liston, BBO#301750
Bartlett Hackett Feinberg P.C.
10 High Street- Suite 920
Boston, MA 02110
Telephone: 617/422-0200
Facsimile: 617/422-0383


Vito Anthony LaFata
Appellee
Represented by:
Laurel E. Bretta, BBO#547358
Bretta and Grimaldi, P.A.
19 Mystic Avenue
Medford, MA 02155
Telephone: 781/395-0090
Facsimile: 617/422-0383


Denise M. Pappalardo
Chapter 13 Trustee
P.O. Box 01601
Worcester, MA 01601
Telephone: 508/ 791-3300

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE

VITO ANTHONY LAFATA

CHAPTER 13

CASE NO.04-44511-JBR

DEBTOR

## ORDER ON OBJECTION OF EASTERN SAVINGS BANK, FSB TO CONFIRMATION OF CHAPTER 13 PLAN

For the reasons set forth in the Memorandum of Decision on (i) Debtor's Motion for Determination of Secured Status; (ii) Debtor's Objection to Claim of Eastern Savings Bank, FSB; and (iii) Objection of Eastern Savings Bank, FSB to Confirmation of Chapter 13 Plan, issued contemporaneously herewith, the Objection of the Bank to Confirmation of the Chapter 13 Plan is OVERRULED.

The Chapter 13 Trustee shall submit a separate confirmation order.

Dated: December 8, 20004

Joel B. Rosenthal
United States Bankruptcy Judge