UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: <u>VITO ANTHONY LAFATA</u>

BANKRUPTCY APPEAL

CIVIL ACTION NO. <u>05-40010-JLT</u>

<u>O R D E R</u>

<u>TAURO,  D. J.</u>

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>FEBRUARY 2, 2005</u>,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>MARCH 10, 2005</u> and the Appellee's brief shall be filed on or before <u>APRIL 7, 2005</u>. The Appellant may file and serve a reply brief on or before <u>APRIL 21, 2005.</u>

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

/s/

<u>February 10, 2005</u>
Date

Deputy Clerk

(Bkappeal.ord - 09/92)                                                                                              [bro.]