UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 10 P 3:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) BANKRUPTCY APPEAL |
| VITO ANTHONY LAFATA | ) CIVIL ACTION NO. 05-40010-JLT |
| | ) |
| Debtor | ) |
| | ) |

CERTIFICATE OF SERVICE

I, James M. Liston, hereby do certify that on March 10, 2005, true and correct copies of the Brief of Appellant and Appendix filed herewith on behalf of Eastern Savings Bank fsb, were served on the following persons or entities by first class mail, postage prepaid.

Laurel E. Bretta, Esq.
Bretta and Grimaldi, P.A.
19 Mystic Avenue
Medford, MA 02155
(Counsel to Vito Anthony LaFata, Appellee)

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
P.O. Box 01601
Worcester, MA 01601

James M. Liston, Esq.
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
Tel: (617) 422-0200
Fax: (617) 422-0383