UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>VITO ANTHONY LAFATA,<br>Debtor<br><br>EASTERN SAVINGS BANK,<br>Appellant<br><br>v.<br><br>VITO ANTHONY LAFATA,<br>Appellee | CHAPTER 13<br>CASE NO.: 04-44511<br><br><br><br><br>BANKRUPTCY APPEAL<br>CIVIL ACTION NO: 05-40010 - JLT |

## MOTION TO ENLARGE TIME TO FILE RESPONSE BRIEF TO APRIL 15, 2005

NOW COMES the Appellee, Vito Anthony Lafata and respectfully submits the within Motion to Enlarge Time to File Response Brief to April 15, 2005. In support the Appellee states:

1. The Appellee respectfully requests and extension to April 15, 2005 to file his Response Brief.

2. In support thereof, the Appellee's counsel states that upon the service of the Appellant's Brief, Appellee's counsel was engaged in one trial and preparing for another trial and was unable to prepare a Response Brief by the due date.

3. Appellee's counsel also experienced significant computer and networking difficulties at this time and is attempting to retrieve a significant portion of the Appellee's Response Brief by means of her computer repair experts and if the same cannot be retrieved, will need to be recreated.

4. Appellee's counsel attempted to contact Appellant's counsel on several occasions to request an asset to the within Motion but did not receive a response.

5. The Appellee has significant and bona fide defenses to the Appellant's assertions and respectfully requests that this Honorable Court permit the Motion to Enlarge Time as within in order to permit the Appellee to properly prepare his Response Brief.

6.  Allowance of this Motion will not unduly prejudice any party in interest and will not unduly delay the adjudication of this matter.

7.  In addition, there have been no requests for extensions filed with regard to the Appellee's Response Brief except for the within Motion.

WHEREFORE, the Appellee respectfully requests that this Honorable Court allow the within Motion to Enlarge Time to File Response Brief to April 15, 2005 and order any other remedy this Court deems mete and just.

Respectfully submitted,
Vito Anthony Lafata,
By his attorney,

Dated: April 1, 2005

Laurel E. Bretta, Attorney
Bretta & Grimaldi, P.A.
19 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-0090
BBO #547358

2

CERTIFICATE OF SERVICE

I, Laurel E. Bretta, attorney for the Appellee, Vito Anthony Lafata, hereby certify that a true copy of the foregoing Motion to Enlarge Time to File Response Brief to April 15, 2005 was served on April 1, 2005 by first class mail, postage prepaid to the following:

James M. Liston, Esquire
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110

Dated: April 1, 2005

Laurel E. Bretta, Attorney
Bretta & Grimaldi, P.A.
19 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-0090
BBO #547358