UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>VITO ANTHONY LAFATA,<br><br>    Debtor<br>_____<br>EASTERN SAVINGS BANK, fsb<br>    Appellant<br><br>v.<br><br>VITO ANTHONY LAFATA,<br>    Appellee | Chapter 13<br><br>Case No. 04-44511-JBR<br><br><br><br>BANKRUPTCY APPEAL<br>CIVIL ACTION NO: 05-40010-JLT |

### RESPONSE TO APPELLEE'S MOTION TO ENLARGE TIME TO FILE RESPONSE BRIEF TO APRIL 15, 2005

Appellant, Eastern Savings Bank, fsb, hereby responds to the Appellee, Vito Anthony LaFata's Motion to Enlarge Time to File Response Brief to April 15, 2005:

1. Appellee's counsel left two telephone messages with Appellant's counsel's receptionist on March 31, 2005, but did not indicate the reason for her calls. On either March 31, 2005 or April 1, 2005, Appellant's counsel returned those calls and left a voice-mail message inquiring as to the purpose of the calls. Appellant's counsel received no further contact from Appellee's counsel prior to Appellee filing his motion to enlarge time.

2. Appellant has no objection to the extension requested in Appellee's motion, but requests that if the District Court grants Appellee's motion, that it also enlarge the time for Appellant to file a reply brief from April 21, 2005 to April 28, 2005.

        Respectfully submitted,

        APPELLANT
        EASTERN SAVINGS BANK, fsb
        By its attorney,

Dated: April 5, 2005

        James M. Liston, Esquire
        BBO # 301750
        Bartlett Hackett Feinberg P.C.
        10 High Street, Suite 920
        Boston, Massachusetts 02110
        Tel: (617) 422-0200
        Fax: (617) 422-0383

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>VITO ANTHONY LAFATA<br><br>Debtor | BANKRUPTCY APPEAL<br>CIVIL ACTION NO. 05-40010-JLT |

CERTIFICATE OF SERVICE

    I, James M. Liston, hereby do certify that on April 5, 2005, true and correct copies of the Response to Appellee's Motion to Enlarge Time to File Response Brief to April 15, 2005 filed herewith on behalf of Eastern Savings Bank fsb, were served on the following persons or entities by first class mail, postage prepaid.

Laurel E. Bretta, Esq.
Bretta and Grimaldi, P.A.
19 Mystic Avenue
Medford, MA 02155
(Counsel to Vito Anthony LaFata, Appellee)

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
P.O. Box 01601
Worcester, MA 01601

                                                    James M. Liston, Esq.
                                                    Bartlett Hackett Feinberg P.C.
                                                    10 High Street, Suite 920
                                                    Boston, MA 02110
                                                    Tel: (617) 422-0200
                                                    Fax: (617) 422-0383