UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                         *
                                                        *
IN RE VITO ANTHONY LAFATA    *        Bankruptcy Appeal
                                                        *        Civil Action No. 05-40010-JLT
_____*

ORDER

July 7, 2005

TAURO, J.

     This court accepts and adopts Judge Rosenthal's findings and conclusions and, therefore, AFFIRMS the Judgment of the Bankruptcy Court.

     IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                United States District Judge