

# Bartlett Hackett Feinberg P.C.

10 High St. Suite 920
Boston, MA 02110
Tel: (617) 422-0200
Fax: (617) 422-0383

July 27, 2005

Zita Lovett, Courtroom Clerk
Hon. Joseph L. Tauro
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston, MA 02210

Re:   In re: Vito Anthony LaFata
      Case No. 4:05-cv-10010-JLT

Dear Ms. Lovett:

On Friday, July 22, 2005, we submitted a motion to extend the time to file an appeal on behalf of our client, Eastern Savings Bank. We then received a notice that the case was closed on July 7, 2005. Yesterday, my assistant called to inquire as to the status of the motion and spoke with Kimberly Abaid, docket clerk for Judge Tauro. In the course of the conversation, Ms. Abaid indicated that the time within which to file an appeal of Judge Tauros's decision in the above-referenced matter was ten days after the closing of the case (July 7, 2005).

I am writing in an effort to clarify this situation because I believe that the applicable rule (Fed. R. A. P. 4) establishes a thirty-day appeal period, which commenced on the date of "entry" of the Court's order. The notice we received from the Court indicates that Judge Tauro's decision was entered on the docket on July 12, 2005. Accordingly, we believe that the deadline for filing a notice of appeal of Judge Tauro's order is August 11, 2005.

Regardless of the date by which the notice of appeal must be filed, the motion we submitted to the Court on July 22 seeks an extension of that date. The motion and its attachments explain the reasons for the request. In summary, new evidence was uncovered during the course of the appeal to Judge Tauro. We are seeking an extension of the time to file a notice of appeal of his order, so as to provide an opportunity to present this new evidence to the Bankruptcy Court Judge, who may or may not act in response. The response of the Bankruptcy Court may render a further appeal moot.

I understand that you will be presenting the motion to Judge Tauro for his consideration. If the Clerk's Office's understanding of the appeal deadline is inconsistent with my analysis above, please advise me so that I may file an appropriate motion if necessary. Thank you for your assistance.

Very truly yours,

Thomas M. Looney