UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) ) ) VITO A. LAFATA, ) ) Debtor ) ) ) | BANKRUPTCY APPEAL CIVIL ACTION NO. 05-40010-JLT |

Notice of Appeal

Pursuant to Fed. R.A.P. 3(a), Eastern Savings Bank, fsb ("Eastern"), hereby appeals to the United States Court of Appeals for the First Circuit from the Order which entered in this action on or about July 7, 2005, which Order accepted and adopted Judge Rosenthal's findings and conclusions and, therefore, affirmed the Judgment of the Bankruptcy Court.

Eastern Savings Bank, fsb
By its attorneys,

/s/ Frank F. McGinn
Thomas M. Looney
BBO #555040
James M. Liston
BBO # 301750
Frank F. McGinn
BBO # 564729
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA  02110
617-422-0200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>)<br>VITO A. LAFATA, )<br>)<br>Debtor )<br>)<br>) | BANKRUPTCY APPEAL<br>CIVIL ACTION NO. 05-40010-JLT |

CERTIFICATE OF SERVICE

I, Debra D. Lawler, hereby certify that on September 9, 2005, I delivered true and correct copies of the Notice of Appeal to the individuals listed below, electronically or by first class mail.

Laurel E. Bretta, Esq.
Bretta and Grimaldi, P.A.
19 Mystic Avenue
Medford, MA 02155
(Counsel to Vito Anthony LaFata, Appellee)

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
P.O. Box 01601
Worcester, MA 01601

_____
Debra D. Lawler, Legal Assistant
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
Tel: 617-896-6207

Dated: September 9, 2005

1