# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40010

Eastern Savings Bank, FSB

v.

Vito Anthony LaFata

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/9/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 5, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/5/05.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, BK A P

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:05-cv-40010-JLT

In Re: Vito Anthony LaFata  
Assigned to: Judge Joseph L. Tauro  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 01/20/2005  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Questi n

### In Re

**Vito Anthony LaFata**  
*Debtor*

### Appellant

**Eastern Savings Bank, FSB**   represented by   **James M. Liston**
Bartlett, Hackett, Feinber ,
PC
10 High Street
Suite 920
Boston, MA 02110
617-422-0200
Fax: 617-896-6273
Email: jml@bostonbusinesslaw.c( n
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Looney**
Bartlett, Hackett, Feinber
PC
10 High Street
Boston, MA 02110
617-422-0200

                                              Fax: 617-896-6274
                                              Email:
                                              tml@bostonbusinesslaw.com
                                              *ATTORNEY TO BE*
                                              *NOTICED*

V.

**Appellee**

| | | |
|---|---|---|
| **Vito Anthony LaFata** | represented by | **Laurel E. Bretta**<br>Bretta & Grimaldi, PA<br>19 Mystic Avenue<br>Medford, MA 02155<br>781-395-0090<br>Fax: 781-395-0001<br>Email: leb@lbretta.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Notice**

| | | |
|---|---|---|
| **United States Bankruptcy Court** | represented by | **United States Bankruptcy Court**<br>595 Main Street<br>Worcester, MA 01608<br>508-770-8900<br>*PRO SE* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 04-44511. File received, filed by Eastern Savings Bank, FSB. (Hassett, Kathy) (Entered: 01/20/2005) |
| 02/02/2005 | 2 | Bankruptcy COURT Record. (Abaid, Kim) (Entered: 02/08/2005) |

| | | |
|---|---|---|
| 02/07/2005 | 3 | Addendum Record from US Bankruptcy Court. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/10/2005 | 4 | Judge Joseph L. Tauro : Electronic ORDER entered RE: BRIEFING SCHEDULE.(Lovett, Zita) (Entered 02/10/2005) |
| 03/10/2005 | 5 | BRIEF by Eastern Savings Bank, FSB. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/10/2005 | 6 | APPENDIX of the Record On Appeal by Eastern Savings Bank, FSB. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/10/2005 | 7 | CERTIFICATE OF SERVICE by Eastern Savings Bank, FSB re 5 Brief, 6 Appendix/Exhibit. (Abaid, Kim) (Entered: 03/14/2005) |
| 04/01/2005 | 8 | MOTION for Extension of Time to April 15, 2005 t File a Response Brief by Vito Anthony LaFata.(Abaid, Kim) (Entered: 04/04/2005) |
| 04/05/2005 | 9 | RESPONSE to Motion re 8 MOTION for Extension of Time to April 15, 2005 filed by Eastern Savings Bank, FSB. (Brown, Howard) (Entered: 04/05/2005) |
| 04/15/2005 | 10 | Response Brief by Vito Anthony LaFata. (Abaid, Kim) (Entered: 04/19/2005) |
| 04/28/2005 | 11 | Appellant's REPLY BRIEF by Eastern Savings Bank, FSB. (Brown, Howard) (Entered: 04/28/2005) |
| 05/02/2005 | 12 | ADDENDUM to the appeal record from USBC, Worcester, copy of Appellant's reply brief. re 11 Appellant's Reply Brief. (Jones, Sherry) (Entered: 05/02/2005) |
| 05/04/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered finding as moot 8 Motion for Extension of Time (Abaid, Kim) (Entered: 05/04/2005) |
| 07/07/2005 | 13 | Judge Joseph L. Tauro : ORDER entered. This cou accepts and adopts Judge Rosenthal's findings and |

| | | |
|---|---|---|
| | | conclusions and, therefore, AFFIRMS the Judgment of the Bankruptcy Court. (Abaid, Kim) (Entered: 07/12/2005) |
| 07/07/2005 | | Civil Case Terminated. (Abaid, Kim) (Entered: 07/14/2005) |
| 07/22/2005 | 14 | MOTION for Extension of Time to for Filing the Notice of Appeal by Eastern Savings Bank, FSB. (Attachments: # 1 Exhibit A# 2 Exhibit A to Exhibit A# 3 Exhibit B to Exhibit A# 4 Exhibit C to Exhibit A# 5 Exhibit D to Exhibit A# 6 Exhibit E to Exhibit A# 7 Certificate of Service)(Looney, Thomas) (Entered: 07/22/2005) |
| 07/27/2005 | 15 | Letter from Thomas M. Looney. (Abaid, Kim) (Entered: 07/27/2005) |
| 07/28/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 14 Motion for Extension of Time (Abaid, Kim) (Entered: 08/01/2005) |
| 09/09/2005 | 16 | NOTICE OF APPEAL as to 13 Order by Eastern Savings Bank, FSB. $ 255 NOTICE TO COUNSEL A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/29/2005. (Looney, Thomas) (Entered: 09/09/2005) |
| 09/12/2005 | | Filing fee: $ 255.00, receipt number 66810 regarding 16 Notice of Appeal (Abaid, Kim) (Entered: 09/12/2005) |