J. Tauro
CA:05-4010

# United States Court of Appeals
## For the First Circuit

No. 05-2510

IN RE: VITO ANTHONY LAFATA,

Debtor,

EASTERN SAVINGS BANK, FSB,

Appellant,

v.

VITO ANTHONY LAFATA,

Appellee.

ORDER OF COURT

Entered: February 17, 2006

The assented-to motion to stay appellate proceedings until Appeal 05-055 is decided by the BAP is granted. The parties shall file a status report every 60 days.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date 2-17-6

[Cert. cc: Hon. Joseph L. Tauro and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: McGinn, Looney, Liston, Brown and Ms. Bretta]