# United States Court of Appeals
## For the First Circuit

No. 05-2510

**MANDATE**

IN RE: VITO ANTHONY LAFATA,

Debtor.

EASTERN SAVINGS BANK, FSB,

Appellant,

v.

VITO ANTHONY LAFATA,

Appellee.

No. 06-9009

IN RE: VITO ANTHONY LAFATA,

Debtor.

EASTERN SAVINGS BANK, FSB,

Appellant,

v.

VITO ANTHONY LAFATA; DENISE M. PAPPALARDO, TRUSTEE,

Appellees.

**JUDGMENT**

Entered: April 3, 2007

This cause came on to be heard on appeals from the United States District Court for the

District of Massachusetts and the Bankruptcy Appellate Panel for the First Circuit and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court affirming the bankruptcy court's orders and the decision of the Bankruptcy Appellate Panel affirming the bankruptcy court's denial of Eastern Savings Bank's Rule 60(b) motion are affirmed. Costs to appellees.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: APR 24 2007

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. McGinn, Mr. Looney, Mr. Liston, Mr. Brown, Ms. Bretta, Mr. Powers, & Ms. Pappalardo.]