CERTIFIED COPY

CA 05-40010
J.Tauro

# United States Court of Appeals
## For the First Circuit

No. 05-2510; 06-9009

IN RE: VITO ANTHONY LAFATA,

Debtor,

EASTERN SAVINGS BANK, FSB,

Appellant,

v.

VITO ANTHONY LAFATA, DENISE M. PAPPALARDO, Trustee,

Appellees.

TAXATION OF COSTS

Entered: June 12, 2007
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of appellee, Vito Anthony LaFata are taxed as follows:

Reproduction of appellee's brief:

[(36 pages x $0.10 per page) + $2.20 per binding + $0.20 per set of covers] x 15 copies = $90.00

**TOTAL**              $90.00

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on

April 24, 2007.

                By the Court:

                Richard Cushing Donovan, Clerk.

                **JULIE GREGG**

                By: _____
                      Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By Linda Baus  Date: 6/12/7

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: McGinn, Looney, Liston, Brown, Powers, Ms. Bretta and Ms. Pappalardo]